FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 05 2021

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　DEP CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Kearney**

PLAINTIFF(S)  JAMES M RAPER JR

CASE NUMBER 4:21-cv-97-DPM

DEFENDANT(S)  THOMAS DEEN PROSECUTING ATTORNEY 10TH JUDICIAL DISTRICT.

## COMPLAINT

1.) PLAINTIFFS NAME AND ADDRESS- JAMES M RAPER JR 912 WEST STREET WHITE HALL ARKANSAS 71602

2.) DEFENDANTS NAME AND ADDRESS- THOMAS DEEN PROSECUTING ATTORNEY 10TH JUDICIAL DISTRICT 506 SOUTH MAIN STREET MONTICELLO AR 71655

3.) JURISDICTION- 42 USC&1983 **SPECIFICALLY THE PLAINTIFFS RIGHTS TO DUE PROCESS UNDER THE 5TH AMENDMENT TO THE CONSTITUTION.**

4.) VENUE- ALL PARTIES AS OF THIS FILING RESIDE IN THE EASTERN DISTRICT.

5.) A.) THOMAS DEEN HAS SHOWN CONTEMPT FOR THE RIGHTS OF THE ACCUSED WELL BEFORE THE PLAINTIFFS SUIT.

B.) MR. DEEN AND MEMBERS OF HIS OFFICE ENCOURAGE POLICE OFFICERS TO BRING CHARGES AGAINST PEOPLE WITH LITTLE TO KNOW EVIDENCE AND IN MOST CASES PROBABLE CAUSE IS IMPOSSIBLE TO ESTABLISH.

C.) MR DEEN MAKES UP CHARGES NOT BECAUSE A CRIME HAS HAPPENED, BUT BECAUSE HE WANTS TO BE ABLE TO REVOKE PROBATION AND PAROLE OF INDIVIDUALS HE OR THE POLICE SEE FIT.

D.) TO AVOID THE DOUBLE JEOPARDY CLAUSE IN THE CONSTITUTION HIS OFFICE MAKES SURE TO SCHEDULE THE REVOCATION HEARING WELL BEFORE A TRIAL ON THE CRIMINAL MATTER CAN BE HEARD. IF A TRIAL IS SCHEDULED BEFORE THE REVOCATION IS HEARD THEN A CONTINUANCE IS SOUGHT TO CORRECT.

E.) ONCE THE REVOCATION IS HEARD, NO MATTER THE OUTCOME, THE CRIMINAL CHARGES ARE DROPPED. THEY ARE CREATING A CRIME TO DO THE REVOCATION BECAUSE THEY KNOW THEY HAVE NO CASE. THIS IS A VIOLATION OF EVERYTHING THE BAR REQUIRES OF A PROSECUTOR.

F.) THE PROSECUTOR ALLOWS THE POLICE FREE RAIN TO VIOLATE THE PLAINTIFFS CIVIL RIGHTS AND HAS EVEN ATTACKED HIS SPOUSE TO TRY AND GET THE PLAINTIFF TO SUBMIT TO HIS WILL.

6) RELIEF SOUGHT- A JURY TRIAL TO HAVE THE PROSECUTOR ANSWER ALL ALLEGATIONS AND EVIDENCE AS TO HIS CONDUCT IN REGARDS TO THE PLAINTIFF. PLAINTIFFS RECORD EXPUNGED OF ALL CHARGES. 1 MILLION DOLLARS FOR THE PUBLIC AND PRIVATE DAMAGE CAUSED TO THE PLAINTIFF.

_____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

4:21-cv-97-DPM

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
James M. Raper Jr

**DEFENDANTS**
THOMAS DEEN

**(b)** County of Residence of First Listed Plaintiff: **Bradley**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **DREW**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
n/a

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: _____.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 196 Franchise | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 862 Black Lung (923) | 890 Other Statutory Actions |
| 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 864 SSID Title XVI | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | **FEDERAL TAX SUITS** | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | 871 IRS—Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
VIOLATION OF PLAINTIFFS RIGHT TO DUE PROCESS UNDER THE 5TH AMENDMENT TO THE CONSTITUTION
Brief description of cause:
THOMAS DEEN AS PROSECUTOR CHARGES CITIZENS WITH CRIMES NOT TO PROSEUCTE FOR A CRIME COMMITTED BUT TO SIMPLY

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
20,000,000 AND MY R

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____