IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES M. RAPER, JR.                                          PLAINTIFF

v.                              No. 4:21-cv-97-DPM

THOMAS DEEN, Prosecuting
Attorney 10th Judicial District;
DENISE MCMILLAN, Public Defender
10th Judicial District                                       DEFENDANT

## JUDGMENT

Raper's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2021